UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.N. LBR 9004-1(b)**

Rebecca A. Solarz, Esq.
Denise Carlon, Esq.
Brian C. Nicholas, Esq.
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Number: (609) 250-0700
rsolarz@kmllawgroup.com
dcarlon@kmllawgroup.com
bnicholas@kmllawgroup.com
Attorneys for Toyota Lease Trust

Case No: 17-36102 SLM

Chapter: 7

Judge: Stacey L. Meisel

In Re:

Ricardo Aguayo dba El Mejicano Tex-Mex Grill, LLC,
fdba Elpidios LLC, fdba Tu Tierra Restaurant and Pizzeria
&
Maria D. Aguayo

                                                    Debtor

**NOTICE OF APPEARANCE**

        Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Toyota Lease Trust.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

2016 TOYOTA TUNDRA 4X4 ,VIN: 5TFBY5F19GX548501

DOCUMENTS:

☐  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☐  All documents and pleadings of any nature.
Date:01/24/2018

                                **/s/ Rebecca A. Solarz, Esquire**
                                Rebecca A. Solarz, Esquire
                                Denise Carlon, Esquire
                                Brian C. Nicholas, Esquire
                                **KML Law Group, P.C.**
                                216 Haddon Avenue, Ste. 406
                                Westmont, NJ 08108
                                (609) 250-0700 (NJ)
                                (215) 627-1322 (PA)
                                FAX: (609) 385-2214
                                Attorney for Movant/Applicant

*new 8/1/15*