UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**RABINOWITZ, LUBETKIN & TULLY, LLC**
293 Eisenhower Parkway, Suite 100
Livingston, New Jersey 07039
(973) 597-9100
(973) 597-9119 (Fax)
Barry J. Roy
*Proposed Counsel to Jay L. Lubetkin,*
*Chapter 7 Trustee*

In re:

RICARDO AGUAYO and MARIA AGUAYO,

   Debtors.

Case No. 17-36102

Chapter 7

Honorable Stacy L. Meisel

## CERTIFICATION OF SERVICE

1. I, Rachel Gaydos:

   ☐ represent the _____ in the above-captioned matter.

   ☒ I am the secretary/paralegal for Barry J. Roy, who represents the Chapter 7 Trustee, in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On March 16, 2018, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   (a) Application for Retention of Professional;

   (b) Certification of Professional in Support of Application for Retention of Professional; and

   (c) Order Authorizing Retention of Rabinowitz, Lubetkin & Tully, LLC.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:     3/16/2018              /s/ Rachel Gaydos
                                         Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the U.S. Trustee<br>One Newark Center<br>Suite 1400<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other: Notice of Electronic Filing<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Ricardo Aguayo<br>Maria D. Aguayo<br>15 E Sterling St<br>Wharton, NJ 07885-2102 | Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other: Notice of Electronic Filing<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Scott J. Goldstein, Esq.<br>Law Offices of Scott J. Goldstein, LLC<br>280 West Main Street<br>Denville, NJ 07834 | Debtors' Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other: Notice of Electronic Filing<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Valerie Smith<br>c/o PRA Receivables Management, LLC<br>Senior Manager<br>PO Box 41021<br>Norfolk, VA 23541 | On behalf of Synchrony Bank | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other: Notice of Electronic Filing<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Rebecca A. Solarz, Esquire<br>Denise Carlon, Esquire<br>Brian C. Nicholas, Esquire<br>KML Law Group, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108 | On behalf of Toyota | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other: Notice of Electronic Filing<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Capital One<br>Attn: Bankruptcy Department<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other: Notice of Electronic Filing<br>(As authorized by the court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| LVNV Funding, LLC<br>200 Meeting Pl # 206<br>Greenville, SC 29615-5833 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other: <u>Notice of Electronic Filing</u><br><sub>(As authorized by the court or by rule. Cite the rule if applicable.)</sub> |
| Mercedes Lopez Morales<br>c/o Broscious, Fischer, & Zaiter<br>43 Broad St<br>Washington, NJ 07882-1971 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other: <u>Notice of Electronic Filing</u><br><sub>(As authorized by the court or by rule. Cite the rule if applicable.)</sub> |
| Midland Funding, LLC<br>1037 Raymond Blvd<br>Newark, NJ 07102-5427 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other: <u>Notice of Electronic Filing</u><br><sub>(As authorized by the court or by rule. Cite the rule if applicable.)</sub> |
| The Money Source Inc.<br>500 S Broad St<br>Meriden, CT 06450-6643 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other: <u>Notice of Electronic Filing</u><br><sub>(As authorized by the court or by rule. Cite the rule if applicable.)</sub> |
| Toyota Motor Credit Co<br>PO Box 8026<br>Cedar Rapids, IA 52408-8026 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other: <u>Notice of Electronic Filing</u><br><sub>(As authorized by the court or by rule. Cite the rule if applicable.)</sub> |
| Forster Garbus<br>7 Banta Pl<br>Hackensack, NJ 07601-5604 | On behalf of secured creditor LVNV Funding, LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other: <u>Notice of Electronic Filing</u><br><sub>(As authorized by the court or by rule. Cite the rule if applicable.)</sub> |

| Hayt, Hayt & Landau, LLC<br>Meridian Center I<br>2 Industrial Way W<br>Eatontown, NJ 07724-2265 | On behalf of secured creditor Capital One | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other: <u>Notice of Electronic Filing</u><br>(As authorized by the court or by rule. Cite the rule if applicable.) |
|---|---|---|
| Pressler & Pressler<br>7 Entin Rd<br>Parsippany, NJ 07054-5020 | On behalf of Secured Creditor Midland Funding, LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other: <u>Notice of Electronic Filing</u><br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Toyota Motor Credit Co<br>PO Box 9786<br>Cedar Rapids, IA 52409-0004 | On behalf of secured creditor Toyota | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other: <u>Notice of Electronic Filing</u><br>(As authorized by the court or by rule. Cite the rule if applicable.) |