**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102
Telephone number: 973−645−4764

Honorable Stacey L. Meisel, U.S. Bankruptcy Judge

| **CASE NUMBER:** 17−36102−SLM | **DATE FILED::** 12/31/17 |
|---|---|
| **In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):**<br>Ricardo Aguayo<br>dba El Mejicano Tex−Mex Grill, LLC, fdba Elpidios LLC, fdba Tu Tierra Restaurant and Pizzeria<br>xxx−xx−6402<br><br>Maria D. Aguayo<br>xxx−xx−1936 | **ADDRESS OF DEBTOR(S):**<br><br>15 E Sterling St<br>Wharton, NJ 07885−2102<br><br><br><br>15 E Sterling St<br>Wharton, NJ 07885−2102 |
| DEBTOR'S ATTORNEY:<br>Scott J. Goldstein<br>Law Offices of Scott J. Goldstein, LLC<br>280 West Main Street<br>Denville, NJ 07834<br><br>973−453−2838<br><br>Scott J. Goldstein<br>Law Offices of Scott J. Goldstein, LLC<br>280 West Main Street<br>Denville, NJ 07834<br><br>973−453−2838 | TRUSTEE:<br>Jay L. Lubetkin<br>Rabinowitz, Lubetkin & Tully, L.L.C.<br>293 Eisenhower Parkway, Suite 100<br>Livingston, NJ 07039<br>973−597−9100 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

6/14/18

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: March 19, 2018                                    FOR THE COURT

Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

```
                               United States Bankruptcy Court
                                    District of New Jersey
In re:                                                                    Case No. 17-36102-SLM
Ricardo Aguayo                                                            Chapter 7
Maria D. Aguayo
           Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                   Page 1 of 2                  Date Rcvd: Mar 19, 2018
                              Form ID: noa                  Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 21, 2018.
db/jdb         Ricardo Aguayo,    Maria D. Aguayo,    15 E Sterling St,    Wharton, NJ 07885-2102
517257319      Cap1/bstby,    50 NW Point Blvd,    Elk Grove Village, IL 60007-1032
517257318      Cap1/bstby,    Capital,   1 Retail Srvs Attn Bankruptcy,    Salt Lake City, UT 84130
517257320      Cap1/l&t,   PO Box 30253,    Salt Lake City, UT 84130-0253
517257326      Citibank/the Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,   PO Box 790040,
                Saint Louis, MO 63179-0040
517257331     +Hayt, Hayt & Landau, LLC,    Meridian Center I,   2 Industrial Way W,    Eatontown, NJ 07724-2279
517257333      Javier Gomez Ayala,    153 Bravo esquina Iturbide,    Cd Neza Estado de Mexico,     57420-
517257334      LVNV Funding, LLC,    200 Meeting Pl # 206,   Greenville, SC 29615-5833
517257335      Mercedes Lopez Morales,    c/o Broscious, Fischer, & Zaiter,    43 Broad St,
                Washington, NJ 07882-1971
517257336     +Midland Funding, LLC,    1037 Raymond Blvd,    Newark, NJ 07102-5423
517257337      Pressler & Pressler,    7 Entin Rd,   Parsippany, NJ 07054-5020
517257338      Rossano Cornejo,    1302 Hamilton Dr,   Rockaway, NJ 07866-5859
517257340    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    N.J. Division of Taxation Bankruptcy Sec,
                PO Box 245,   Trenton, NJ 08695-0245)
517257348     +The Money Source Inc,    500 S Broad St,   Meriden, CT 06450-6755
517257354      Visa Dept Store National Bank/Macy’s,    Attn: Bankruptcy,    PO Box 8053,
                Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 19 2018 23:54:18     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 19 2018 23:54:15     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
cr            +EDI: RMSC.COM Mar 20 2018 03:19:00     Synchrony Bank, c/o PRA Recievables Management, LL,
                POB 41021,   Norfolk, VA 23541-1021
517257315      EDI: AMEREXPR.COM Mar 20 2018 03:18:00     American Expres,   PO Box 1270,
                Newark, NJ 07101-1270
517257317      EDI: BANKAMER.COM Mar 20 2018 03:19:00     Bk of Amer,   PO Box 982238,
                El Paso, TX 79998-2238
517257316      EDI: BANKAMER.COM Mar 20 2018 03:19:00     Bank of America,   NC4-105-03-14,   PO Box 26012,
                Greensboro, NC 27420-6012
517257321      EDI: CAPITALONE.COM Mar 20 2018 03:19:00     Capital One,   15000 Capital One Dr,
                Richmond, VA 23238-1119
517257322      EDI: CAPITALONE.COM Mar 20 2018 03:19:00     Capital One,   Attn: Bankruptcy Department,
                PO Box 30285,   Salt Lake City, UT 84130-0285
517257323      EDI: CAPITALONE.COM Mar 20 2018 03:19:00     Capital One,
                Attn: General Correspondence/Bankruptcy,   PO Box 30285,   Salt Lake City, UT 84130-0285
517257324      EDI: CHASE.COM Mar 20 2018 03:18:00     Chase Card,   PO Box 15298,
                Wilmington, DE 19850-5298
517257325      EDI: CHASE.COM Mar 20 2018 03:18:00     Chase Card Services,   Attn: Correspondence,
                PO Box 15278,   Wilmington, DE 19850-5278
517257327      EDI: DISCOVER.COM Mar 20 2018 03:18:00     Discover Fin Svcs LLC,   PO Box 15316,
                Wilmington, DE 19850-5316
517257328      EDI: DISCOVER.COM Mar 20 2018 03:18:00     Discover Financial,   PO Box 3025,
                New Albany, OH 43054-3025
517257329      EDI: TSYS2.COM Mar 20 2018 03:18:00     Dsnb Macys,   PO Box 8218,    Mason, OH 45040-8218
517257330      E-mail/Text: fggbanko@fgny.com Mar 19 2018 23:53:35     Forster Garbus,   7 Banta Pl,
                Hackensack, NJ 07601-5604
517257332      EDI: IRS.COM Mar 20 2018 03:19:00     Internal Revenue Service,
                Centralized Insolvency Operation,    PO Box 7346,   Philadelphia, PA 19101-7346
517257339      EDI: SEARS.COM Mar 20 2018 03:19:00     Sears/Cbna,   PO Box 6283,
                Sioux Falls, SD 57117-6283
517257341      EDI: RMSC.COM Mar 20 2018 03:19:00     Syncb/Ashley Homestore,   Attn: Bankruptcy,
                PO Box 965060,   Orlando, FL 32896-5060
517257344      EDI: RMSC.COM Mar 20 2018 03:19:00     Syncb/Lord & Taylor,   Attn: Bankruptcy,   PO Box 965060,
                Orlando, FL 32896-5060
517257342      EDI: RMSC.COM Mar 20 2018 03:19:00     Syncb/ashley Homestore,   C/o,   PO Box 965036,
                Orlando, FL 32896-5036
517257343      EDI: RMSC.COM Mar 20 2018 03:19:00     Syncb/jcp,   PO Box 965007,   Orlando, FL 32896-5007
517257966     +EDI: RMSC.COM Mar 20 2018 03:19:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                PO Box 41021,   Norfolk, VA 23541-1021
517257345      EDI: RMSC.COM Mar 20 2018 03:19:00     Synchrony Bank/ Jc Penneys,   Attn: Bankruptcy,
                PO Box 965060,   Orlando, FL 32896-5060
517257346      EDI: TDBANKNORTH.COM Mar 20 2018 03:19:00     Td Banknorth Maine,   TD Bank/Attn: Bankruptcy,
                PO Box 1190,   Lewiston, ME 04243-1190
517257350      EDI: TFSR.COM Mar 20 2018 03:18:00     Toyota Motor Credit,   4 Gatehall Dr Ste 350,
                Parsippany, NJ 07054-4522
```

```
District/off: 0312-2                  User: admin                    Page 2 of 2                   Date Rcvd: Mar 19, 2018
                                      Form ID: noa                   Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
517257349         EDI: TFSR.COM Mar 20 2018 03:18:00      Toyota Motor Credit,   PO Box 8026,
                   Cedar Rapids, IA  52408-8026
517257353         EDI: TFSR.COM Mar 20 2018 03:18:00      Toyota Motor Credit Co,   Toyota Financial Services,
                   PO Box 8026,   Cedar Rapids, IA  52408-8026
517257347         EDI: CITICORP.COM Mar 20 2018 03:19:00      Thd/Cbna,   PO Box 6497,
                   Sioux Falls, SD  57117-6497
517257351         EDI: TFSR.COM Mar 20 2018 03:18:00      Toyota Motor Credit Co,   PO Box 9786,
                   Cedar Rapids, IA  52409-0004
                                                                                              TOTAL: 29

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517257352*       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                  (address filed with court:  Toyota Motor Credit Co,    PO Box 8026,
                   Cedar Rapids, IA  52408-8026)
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 16, 2018 at the address(es) listed below:
```
              Barry J. Roy    on behalf of Trustee Jay L. Lubetkin broy@rltlawfirm.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jay L. Lubetkin    jlubetkin@rltlawfirm.com,    NJ57@ecfcbis.com,lvala@rltlawfirm.com,
               rgaydos@rltlawfirm.com
              Jay L. Lubetkin    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
               NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
              Scott J. Goldstein    on behalf of Debtor Ricardo  Aguayo sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
              Scott J. Goldstein    on behalf of Joint Debtor Maria D. Aguayo sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 8
```