UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**RABINOWITZ, LUBETKIN & TULLY, LLC**
293 Eisenhower Parkway, Suite 100
Livingston, New Jersey NJ 07039
(973) 597-9100
Barry J. Roy
*Proposed Counsel to Jay L. Lubetkin,*
*Chapter 7 Trustee*

**Order Filed on March 27, 2018
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

In re:

RICARDO AGUAYO and MARIA AGUAYO,

Debtors.

Case No. 17-36102 (SLM)

Chapter 7

Recommended Local Form:
☒ Followed   ☐ Modified

# ORDER AUTHORIZING RETENTION OF
# RABINOWITZ, LUBETKIN & TULLY, LLC

The relief set forth on the following pages, numbered two (2) and three (3), is hereby

**ORDERED**.

**DATED: March 27, 2018**

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

In re:              Ricardo and Maria Aguayo

Case No.:      17-36102 (SLM)

Applicant:    Jay L. Lubetkin

    ☒ Trustee: ☒ Chap. 7 ☐ Chap. 11 ☐ Chap. 13.

    ☐ Debtor: ☐ Chap. 11 ☐ Chap. 13

    ☐ Official Committee of _____

Name of Professional:    Rabinowitz, Lubetkin & Tully, L.L.C.

Address of Professional:    293 Eisenhower Parkway, Suite 100

    Livingston, NJ 07039

    ☒ Attorney for:

    ☒ Trustee ☐ Debtor-in-Possession

    ☐ Official Committee of _____

    ☐ Accountant for:

        ☐ Trustee    ☐ Debtor-in-Possession

        ☐ Official Committee of _____

    ☐ Other Professional:

        ☐ Realtor    ☐ Appraiser    ☐ Special Counsel    ☐ Auctioneer

        ☐ Other (specify): _____

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.    The applicant, Jay L. Lubetkin, Chapter 7 Trustee, is authorized to retain the professional, Rabinowitz, Lubetkin & Tully, LLC to act as counsel for the Trustee.

2.    Compensation shall be paid in such amounts as may be allowed by the

       Court upon proper application(s) therefor.

3.       The effective date is the date the application is filed with the Court.