**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Ricardo Aguayo | Social Security number or ITIN  xxx–xx–6402 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Maria D. Aguayo | Social Security number or ITIN  xxx–xx–1936 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–36102–SLM | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Ricardo Aguayo
dba El Mejicano Tex–Mex Grill, LLC, fdba Elpidios LLC, fdba Tu Tierra Restaurant and Pizzeria

Maria D. Aguayo

3/29/18

**By the court:**   Stacey L. Meisel
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318    **Order of Discharge**    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-36102-SLM
Ricardo Aguayo                                                            Chapter 7
Maria D. Aguayo
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 2             Date Rcvd: Mar 29, 2018
                             Form ID: 318             Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2018.
db/jdb         Ricardo Aguayo,   Maria D. Aguayo,   15 E Sterling St,   Wharton, NJ   07885-2102
aty           +Rabinowitz, Lubetkin & Tully, LLC,   293 Eisenhower Parkway,   Suite 100,
               Livington, NJ 07039-1711
517257319      Cap1/bstby,   50 NW Point Blvd,   Elk Grove Village, IL   60007-1032
517257318      Cap1/bstby,   Capital,   1 Retail Srvs Attn Bankruptcy,   Salt Lake City, UT   84130
517257320      Cap1/l&t,   PO Box 30253,   Salt Lake City, UT   84130-0253
517257326      Citibank/the Home Depot,   Citicorp Cr Srvs/Centralized Bankruptcy,   PO Box 790040,
               Saint Louis, MO   63179-0040
517257331     +Hayt, Hayt & Landau, LLC,   Meridian Center I,   2 Industrial Way W,   Eatontown, NJ 07724-2279
517257333      Javier Gomez Ayala,   153 Bravo esquina Iturbide,   Cd Neza Estado de Mexico,   57420-
517257334      LVNV Funding, LLC,   200 Meeting Pl # 206,   Greenville, SC   29615-5833
517257335      Mercedes Lopez Morales,   c/o Broscious, Fischer, & Zaiter,   43 Broad St,
               Washington, NJ   07882-1971
517257336     +Midland Funding, LLC,   1037 Raymond Blvd,   Newark, NJ 07102-5423
517257337      Pressler & Pressler,   7 Entin Rd,   Parsippany, NJ   07054-5020
517257338      Rossano Cornejo,   1302 Hamilton Dr,   Rockaway, NJ   07866-5859
517257340    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,   N.J. Division of Taxation Bankruptcy Sec,
               PO Box 245,   Trenton, NJ   08695-0245)
517257348     +The Money Source Inc,   500 S Broad St,   Meriden, CT 06450-6755
517257354      Visa Dept Store National Bank/Macy's,   Attn: Bankruptcy,   PO Box 8053,
               Mason, OH   45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 30 2018 02:08:49     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 30 2018 02:08:47     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
cr            +EDI: RMSC.COM Mar 30 2018 05:33:00     Synchrony Bank, c/o PRA Recievables Management, LL,
               POB 41021,   Norfolk, VA 23541-1021
517257315      EDI: AMEREXPR.COM Mar 30 2018 05:33:00     American Expres,   PO Box 1270,
               Newark, NJ   07101-1270
517257317      EDI: BANKAMER.COM Mar 30 2018 05:33:00     Bk of Amer,   PO Box 982238,
               El Paso, TX   79998-2238
517257316      EDI: BANKAMER.COM Mar 30 2018 05:33:00     Bank of America,   NC4-105-03-14,   PO Box 26012,
               Greensboro, NC   27420-6012
517257321      EDI: CAPITALONE.COM Mar 30 2018 05:33:00     Capital One,   15000 Capital One Dr,
               Richmond, VA   23238-1119
517257322      EDI: CAPITALONE.COM Mar 30 2018 05:33:00     Capital One,   Attn: Bankruptcy Department,
               PO Box 30285,   Salt Lake City, UT   84130-0285
517257323      EDI: CAPITALONE.COM Mar 30 2018 05:33:00     Capital One,
               Attn: General Correspondence/Bankruptcy,   PO Box 30285,   Salt Lake City, UT   84130-0285
517257324      EDI: CHASE.COM Mar 30 2018 05:33:00     Chase Card,   PO Box 15298,
               Wilmington, DE   19850-5298
517257325      EDI: CHASE.COM Mar 30 2018 05:33:00     Chase Card Services,   Attn: Correspondence,
               PO Box 15278,   Wilmington, DE   19850-5278
517403896      EDI: DISCOVER.COM Mar 30 2018 05:33:00     Discover Bank,   Discover Products Inc,
               PO Box 3025,   New Albany, OH   43054-3025
517257327      EDI: DISCOVER.COM Mar 30 2018 05:33:00     Discover Fin Svcs LLC,   PO Box 15316,
               Wilmington, DE   19850-5316
517257328      EDI: DISCOVER.COM Mar 30 2018 05:33:00     Discover Financial,   PO Box 3025,
               New Albany, OH   43054-3025
517257329      EDI: TSYS2.COM Mar 30 2018 05:33:00     Dsnb Macys,   PO Box 8218,   Mason, OH   45040-8218
517257330      E-mail/Text: fggbanko@fgny.com Mar 30 2018 02:08:30     Forster Garbus,   7 Banta Pl,
               Hackensack, NJ   07601-5604
517257332      EDI: IRS.COM Mar 30 2018 05:33:00     Internal Revenue Service,
               Centralized Insolvency Operation,   PO Box 7346,   Philadelphia, PA   19101-7346
517257339      EDI: SEARS.COM Mar 30 2018 05:33:00     Sears/Cbna,   PO Box 6283,
               Sioux Falls, SD   57117-6283
517257341      EDI: RMSC.COM Mar 30 2018 05:33:00     Syncb/Ashley Homestore,   Attn: Bankruptcy,
               PO Box 965060,   Orlando, FL   32896-5060
517257344      EDI: RMSC.COM Mar 30 2018 05:33:00     Syncb/Lord & Taylor,   Attn: Bankruptcy,   PO Box 965060,
               Orlando, FL   32896-5060
517257342      EDI: RMSC.COM Mar 30 2018 05:33:00     Syncb/ashley Homestore,   C/o,   PO Box 965036,
               Orlando, FL   32896-5036
517257343      EDI: RMSC.COM Mar 30 2018 05:33:00     Syncb/jcp,   PO Box 965007,   Orlando, FL   32896-5007
517257966     +EDI: RMSC.COM Mar 30 2018 05:33:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
               PO Box 41021,   Norfolk, VA 23541-1021
517257345      EDI: RMSC.COM Mar 30 2018 05:33:00     Synchrony Bank/ Jc Penneys,   Attn: Bankruptcy,
               PO Box 965060,   Orlando, FL   32896-5060

```
District/off: 0312-2          User: admin              Page 2 of 2                   Date Rcvd: Mar 29, 2018
                              Form ID: 318             Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
517257346         EDI: TDBANKNORTH.COM Mar 30 2018 05:33:00      Td Banknorth Maine,    TD Bank/Attn: Bankruptcy,
                   PO Box 1190,    Lewiston, ME   04243-1190
517257350         EDI: TFSR.COM Mar 30 2018 05:33:00      Toyota Motor Credit,    4 Gatehall Dr Ste 350,
                   Parsippany, NJ   07054-4522
517257349         EDI: TFSR.COM Mar 30 2018 05:33:00      Toyota Motor Credit,    PO Box 8026,
                   Cedar Rapids, IA   52408-8026
517257353         EDI: TFSR.COM Mar 30 2018 05:33:00      Toyota Motor Credit Co,    Toyota Financial Services,
                   PO Box 8026,    Cedar Rapids, IA   52408-8026
517257347         EDI: CITICORP.COM Mar 30 2018 05:33:00      Thd/Cbna,    PO Box 6497,
                   Sioux Falls, SD   57117-6497
517257351         EDI: TFSR.COM Mar 30 2018 05:33:00      Toyota Motor Credit Co,    PO Box 9786,
                   Cedar Rapids, IA   52409-0004
                                                                                              TOTAL: 30

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517257352*       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                    (address filed with court:   Toyota Motor Credit Co,    PO Box 8026,
                   Cedar Rapids, IA   52408-8026)
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2018                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2018 at the address(es) listed below:
```
              Barry J. Roy    on behalf of Trustee Jay L. Lubetkin broy@rltlawfirm.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jay L. Lubetkin    jlubetkin@rltlawfirm.com, NJ57@ecfcbis.com,lvala@rltlawfirm.com,
               rgaydos@rltlawfirm.com
              Jay L. Lubetkin    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
               NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
              Scott J. Goldstein    on behalf of Debtor Ricardo  Aguayo sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
              Scott J. Goldstein    on behalf of Joint Debtor Maria D. Aguayo sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```