UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 17-36102 (SLM) |
| AGUAYO, RICARDO | Chapter: 7 |
| AGUAYO, MARIA D. | Judge: STACEY L. MEISEL |

## NOTICE OF PROPOSED ABANDONMENT

Jay L. Lubetkin, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | James J. Waldron, Clerk<br>US Bankruptcy Court,<br>District of New Jersey<br>MLK Jr. Federal Building<br>50 Walnut Street<br>Newark, NJ 07102 |

If an objection is filed, a hearing will be held before the Honorable STACEY L. MEISEL on JULY 17, 2018 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3A. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| | |
|---|---|
| Description and value of property: | 83 Fern Avenue (1/3 ownership)<br>Wharton, NJ 07885<br><br>Current Market Value: $357,021.00 |

| | |
|---|---|
| Liens on property: | $294,608.00 |

| | |
|---|---|
| Amount of equity claimed as exempt: | $0.00 |

Objections must be served on, and requests for additional information directed to:

| | |
|---|---|
| NAME: | /s/Jay L. Lubetkin, Chapter 7 Trustee |
| FIRM NAME: | Rabinowitz, Lubetkin & Tully, L.L.C. |
| ADDRESS: | 293 Eisenhower Parkway, Suite 100, Livingston, New Jersey 07039 |
| TELEPHONE NO: | (973) 597-9100 |
| SUBMITTED BY: | Jay L. Lubetkin   POSITION: Chapter 7 Trustee   PHONE: (973)597-9100 |
| DATED: | June 7, 2018 |

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-36102-SLM
Ricardo Aguayo                                                          Chapter 7
Maria D. Aguayo
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Jun 08, 2018
                              Form ID: pdf905          Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 10, 2018.
```
db/jdb          Ricardo Aguayo,    Maria D. Aguayo,    15 E Sterling St,    Wharton, NJ   07885-2102
aty            +Rabinowitz, Lubetkin & Tully, LLC,    293 Eisenhower Parkway,    Suite 100,
                 Livington, NJ 07039-1711
517257315       American Expres,    PO Box 1270,    Newark, NJ   07101-1270
517485890       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
517257317     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bk of Amer,    PO Box 982238,    El Paso, TX  79998-2238)
517257319       Cap1/bstby,    50 NW Point Blvd,    Elk Grove Village, IL   60007-1032
517257318       Cap1/bstby,    Capital,   1 Retail Srvs Attn Bankruptcy,    Salt Lake City, UT   84130
517257320       Cap1/l&t,    PO Box 30253,    Salt Lake City, UT   84130-0253
517257324       Chase Card,    PO Box 15298,    Wilmington, DE   19850-5298
517257325       Chase Card Services,    Attn: Correspondence,    PO Box 15278,    Wilmington, DE  19850-5278
517257326       Citibank/the Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    PO Box 790040,
                 Saint Louis, MO   63179-0040
517440360      +Department Stores National Bank,    Citibank, N.A.,    701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
517574974      +Directv, LLC,    by American InfoSource LP as agent,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
517257329       Dsnb Macys,    PO Box 8218,    Mason, OH   45040-8218
517257331      +Hayt, Hayt & Landau, LLC,    Meridian Center I,    2 Industrial Way W,    Eatontown, NJ 07724-2279
517257333       Javier Gomez Ayala,    153 Bravo esquina Iturbide,    Cd Neza Estado de Mexico,     57420-
517257335       Mercedes Lopez Morales,    c/o Broscious, Fischer, & Zaiter,    43 Broad St,
                 Washington, NJ   07882-1971
517257336      +Midland Funding, LLC,    1037 Raymond Blvd,    Newark, NJ 07102-5423
517257337       Pressler & Pressler,    7 Entin Rd,    Parsippany, NJ   07054-5020
517257338       Rossano Cornejo,    1302 Hamilton Dr,    Rockaway, NJ   07866-5859
517257340     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,    N.J. Division of Taxation Bankruptcy Sec,
                 PO Box 245,    Trenton, NJ   08695-0245)
517257339       Sears/Cbna,    PO Box 6283,    Sioux Falls, SD   57117-6283
517257350     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:  Toyota Motor Credit,    4 Gatehall Dr Ste 350,
                 Parsippany, NJ   07054-4522)
517257347       Thd/Cbna,    PO Box 6497,    Sioux Falls, SD   57117-6497
517257348      +The Money Source Inc,    500 S Broad St,    Meriden, CT 06450-6755
517257351       Toyota Motor Credit Co,    PO Box 9786,    Cedar Rapids, IA   52409-0004
517257354       Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    PO Box 8053,
                 Mason, OH   45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 08 2018 23:29:14     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 08 2018 23:29:10      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jun 08 2018 23:34:41
                 Synchrony Bank, c/o PRA Recievables Management, LL,    POB 41021,    Norfolk, VA 23541-1021
517257321       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 08 2018 23:35:29      Capital One,
                 15000 Capital One Dr,    Richmond, VA   23238-1119
517257322       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 08 2018 23:34:46      Capital One,
                 Attn: Bankruptcy Department,    PO Box 30285,    Salt Lake City, UT  84130-0285
517257323       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 08 2018 23:34:46      Capital One,
                 Attn: General Correspondence/Bankruptcy,    PO Box 30285,    Salt Lake City, UT  84130-0285
517441186       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 08 2018 23:34:46
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
517403896       E-mail/Text: mrdiscen@discover.com Jun 08 2018 23:28:26     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH   43054-3025
517257327       E-mail/Text: mrdiscen@discover.com Jun 08 2018 23:28:26     Discover Fin Svcs LLC,
                 PO Box 15316,    Wilmington, DE   19850-5316
517257328       E-mail/Text: mrdiscen@discover.com Jun 08 2018 23:28:26     Discover Financial,    PO Box 3025,
                 New Albany, OH   43054-3025
517257330       E-mail/Text: fggbanko@fgny.com Jun 08 2018 23:28:28     Forster Garbus,    7 Banta Pl,
                 Hackensack, NJ   07601-5604
517257332       E-mail/Text: cio.bncmail@irs.gov Jun 08 2018 23:28:41     Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA  19101-7346
517257334       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 08 2018 23:36:20      LVNV Funding, LLC,
                 200 Meeting Pl # 206,    Greenville, SC   29615-5833
517257341       E-mail/PDF: gecsedi@recoverycorp.com Jun 08 2018 23:34:40      Syncb/Ashley Homestore,
                 Attn: Bankruptcy,    PO Box 965060,    Orlando, FL   32896-5060
517257344       E-mail/PDF: gecsedi@recoverycorp.com Jun 08 2018 23:34:40      Syncb/Lord & Taylor,
                 Attn: Bankruptcy,    PO Box 965060,    Orlando, FL   32896-5060
```

```
District/off: 0312-2          User: admin              Page 2 of 2               Date Rcvd: Jun 08, 2018
                              Form ID: pdf905          Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
517257342      E-mail/PDF: gecsedi@recoverycorp.com Jun 08 2018 23:35:23     Syncb/ashley Homestore,   C/o,
               PO Box 965036,   Orlando, FL  32896-5036
517257343      E-mail/PDF: gecsedi@recoverycorp.com Jun 08 2018 23:36:02     Syncb/jcp,   PO Box 965007,
               Orlando, FL  32896-5007
517257966     +E-mail/PDF: gecsedi@recoverycorp.com Jun 08 2018 23:34:40     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,   PO Box 41021,    Norfolk, VA 23541-1021
517577874     +E-mail/PDF: gecsedi@recoverycorp.com Jun 08 2018 23:36:03     Synchrony Bank,
               c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk VA 23541-1021
517257345      E-mail/PDF: gecsedi@recoverycorp.com Jun 08 2018 23:35:24     Synchrony Bank/ Jc Penneys,
               Attn: Bankruptcy,   PO Box 965060,   Orlando, FL  32896-5060
517257346      E-mail/Text: bankruptcy@td.com Jun 08 2018 23:29:16     Td Banknorth Maine,
               TD Bank/Attn: Bankruptcy,   PO Box 1190,   Lewiston, ME  04243-1190
517527192     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 08 2018 23:35:52     Verizon,
               by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                             TOTAL: 22

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517257349*   ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
              (address filed with court:  Toyota Motor Credit,   PO Box 8026,   Cedar Rapids, IA  52408-8026)
517257352*   ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
              (address filed with court:  Toyota Motor Credit Co,   PO Box 8026,
              Cedar Rapids, IA  52408-8026)
517257353*   ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
              (address filed with court:  Toyota Motor Credit Co,   Toyota Financial Services,   PO Box 8026,
              Cedar Rapids, IA  52408-8026)
517257316     ##Bank of America,    NC4-105-03-14,   PO Box 26012,   Greensboro, NC  27420-6012
                                                                                       TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2018 at the address(es) listed below:
```
          Barry J. Roy    on behalf of Trustee Jay L. Lubetkin broy@rltlawfirm.com
          Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jay L. Lubetkin     jlubetkin@rltlawfirm.com,    NJ57@ecfcbis.com,lvala@rltlawfirm.com,
           rgaydos@rltlawfirm.com
          Jay L. Lubetkin    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
           NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
          Scott J. Goldstein    on behalf of Debtor Ricardo  Aguayo sjg@sgoldsteinlaw.com,
           cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
          Scott J. Goldstein    on behalf of Joint Debtor Maria D. Aguayo sjg@sgoldsteinlaw.com,
           cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 8
```