Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  17−36102−SLM
        Chapter:  7
        Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Ricardo Aguayo<br>dba El Mejicano Tex−Mex Grill, LLC, fdba<br>Elpidios LLC, fdba Tu Tierra Restaurant<br>and Pizzeria<br>15 E Sterling St<br>Wharton, NJ 07885−2102 | Maria D. Aguayo<br>15 E Sterling St<br>Wharton, NJ 07885−2102 |

Social Security No.:
  xxx−xx−6402                                       xxx−xx−1936

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Jay L. Lubetkin is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>September 13, 2018</u>                 <u>Stacey L. Meisel</u>
                                                    Judge, United States Bankruptcy Court